UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    MARIA LOUISA LONG, AKA | : | |
|    MARIA LONG, AKA | : | |
|    MARIA L. LONG, | : | |
|       Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE, | : | |
|       Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MARIA LOUISA LONG, AKA | : | |
| MARIA LONG, AKA | : | |
| MARIA L. LONG, | : | |
|       Respondent | : | CASE NO. 5-25-bk-01462-MJC |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 1st day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

1. Trustee avers that Debtor's Plan is not feasible based upon the following:

   a. The Plan is underfunded relative to the claims to be paid – 100% Plan.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtor's Plan;
   b. dismiss or convert Debtor's case; and
   c. provide such other relief as is equitable and just.

                                              Respectfully submitted:

                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA 17036
                                              (717) 566-6097

                                      BY: /s/ Agatha R. McHale, Esquire
                                              Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 1st day of July 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Jason P. Provinzano, Esquire  
Law Offices of Jason P. Provinzano, LLC  
16 West Northampton Street  
Wilkes-Barre, PA 18701-1708  

              /s/ Derek M. Strouphauer, Paralegal  
              Office of Jack N. Zaharopoulos  
              Standing Chapter 13 Trustee