**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Maria Louisa Long aka Maria L. Long, aka Maria Long<br><br>                            Debtor(s) | CHAPTER 13<br><br>NO. 25-01462 MJC |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, attorney for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust do hereby certify that true and correct copies of the foregoing Proof of Claim have been served August,01, 2025, by electronic filing upon those listed below:

<u>Attorney for Debtor(s)</u>
Provinzano, Jason Paul
Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

**Bankruptcy Trustee**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Date: <u>August,01, 2025</u>

                                                          <u>**/s/ Matthew Fissel**</u>
                                                          Matthew Fissel, Esquire
                                                          Attorney I.D. 314567
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          215-627-1322
                                                          mfissel@kmllawgroup.com

Official Form 410    Case 5:25-bk-01462-MJC    Doc 21    Filed 08/01/25    Entered 08/01/25 17:00:51    Desc
Proof of Claim    Main Document    Page 1 of 1    page 3

244