IN RE: MARIA LOUISA LONG )  Chapter 13
)
    Debtor(s) )  Case No.: 5:25-bk-01462-MJC
)
EXETER FINANCE LLC )  Nature of Proceeding:  Motion For Stay Relief
        Plaintiff(s)/Movant(s), )  And Co-Debtor Relief
  vs. )
)
  MARIA LOUISA LONG )
)  Document #: 29
)
  Defendant(s)/Respondent(s) )
)
)

## REQUEST TO REMOVE MATTER FROM HEARING/TRIAL LIST

**CHECK ONE:**

☐    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒    The undersigned counsel certifies as follows:

(1)    A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

        ☒    Thirty (30) days.

        ☐    Forty-five (45) days.

        ☐    Sixty (60) days.

(2)    If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 7/20/26

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Exeter Finance LLC